# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

No. 13-10750
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**

February 25, 2014

Lyle W. Cayce
Clerk

GREGORY STEVEN GONZALES,

Petitioner - Appellant

v.

ERNEST CHANDLER, Warden,

Respondent - Appellee

Appeals from the United States District Court
for the Northern District of Texas
USDC No. 4:13-CV-470

Before BARKSDALE, HAYNES, and HIGGINSON, Circuit Judges.

PER CURIAM:[*]

Gregory Steven Gonzales, proceeding *in forma pauperis* and *pro se*, federal prisoner # 32193-177, appeals the dismissal of his 28 U.S.C. § 2241 petition. It was dismissed because Gonzales failed to seek relief under 28 U.S.C. § 2255, as required, rather than under § 2241.

Although *pro se* briefs are afforded liberal construction, claims must be briefed to be preserved. *Yohey v. Collins*, 985 F.2d 222, 225 (5th Cir. 1993)

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 13-10750

(citation omitted).   Gonzales does not contend the district court erred by dismissing on this basis; therefore, he has failed to brief the relevant issue for appeal.  *See id.* at 224–25.

AFFIRMED.